IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARK AND KARLA GIBBS**
**COMPANY F/K/A USF&G SPECIALTY**
**INSURANCE COMPANY**                                                                 **PLAINTIFF**

VS.                    CASE NO. 4:10CV00293 JMM

**PRIME LENDING, ET AL.**                                                              **DEFENDANTS**

## ORDER

For good cause shown, defendant PrimeLending's Motion for Rescission or Stay of Initial Scheduling Order is granted (#40).   The initial scheduling order deadlines set for the Rule 26(f) Conference and Rule 26(f) Report are stayed until the Court has ruled on the pending Motions to Dismiss.  Should it become necessary, the Court will enter an Order setting new Rule 26(f) deadlines.

IT IS SO ORDERED this  27  day of July 20, 2010.

_____
James M. Moody
United States District Judge