**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN  DIVISION**


**MARK AND KARLA GIBBS**                                                          **PLAINTIFFS**


**V.**                                        **CASE NO. 4:10CV00293 JMM**


**PRIMELENDING, A PLAINS CAPITAL COMPANY, ET AL.**                **DEFENDANTS**


**ORDER**

The Court has reviewed the relevant pleadings and finds that Case No. 4:10CV000293

assigned to this Court and Case No. 4:11CV000123 which is assigned to District Judge Brian S.

Miller involve a common question of law and facts and should be consolidated for administrative

purposes only and assigned to this Court.   The Clerk of the Court is directed to reassign Case

No. 4:11CV00123 to this Court by chip exchange.

The motion for consolidation is granted (#99).

IT IS SO ORDERED THIS   12   day of   July  , 2011.



_____
James M. Moody
United States District Judge